FILED

01/25/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0597

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-597

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

CAVEY LITTLE ROSSBACH,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's unopposed motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including April 2, 2024, within which to prepare, file, and serve Appellant's Opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 25 2024